**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JYWANZE IGWE MOORE,**

    **Plaintiff,**

**v.**                                              **Case No.  3:26-cv-2936-TKW-HTC**

**OFFICER MATTHEW D. PHILLIPS**
**and CITY OF CRESTVIEW, FLORIDA,**

    **Defendants.**

_____/

**<u>ORDER</u>**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8) and Plaintiff's objection (Doc. 13).  The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that the amended complaint should be dismissed for failure to state a claim upon which relief can be granted.  Specifically, the Court agrees with the magistrate judge that the amended complaint contains conclusory allegations that are insufficient to state plausible Fourth Amendment claims.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This amended complaint is DISMISSED without prejudice.

3. Defendant's motion to dismiss the original complaint (Doc. 9) is DENIED as moot because the original complaint was superseded by the amended complaint.

4. Defendant's motion for extension of time to respond to the amended complaint (Doc. 12) is DENIED as moot based on the dismissal of the amended complaint.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 24th day of April, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**